FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★   JUL 1   2005   ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the **September 18, 2004**
**DeLaHoya/Hopkins**, Program,

                 Plaintiff,

-against-

CARMEN BATISTA, *et al.*,

                 Defendant.
-----------------------------------------------------------

~~PROPOSED~~ **DEFAULT JUDGMENT**
Civil Action No. CV-05-1044 (FB/MDG)
Honorable Frederic Block

The Summons and Complaint in this action having been duly served upon the Defendants, **CARMEN BATISTA, Individually, on March 18, 2005 and 3175 FULTON RESTAURANT CORP. d/b/a EL GRAN MAR DE PLATA a/k/a EL GRAND MAR DE PLATA RESTAURANT on March 15, 2005** and said Defendants having failed to plead or otherwise appear in this action,

NOW, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants, employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without Plaintiff's authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment capable of unscrambling, intercepting, receiving,

-1-

decoding, transmitting, providing, or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,

**ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover ~~jointly and severally of:~~ DAMAGES, PLUS COSTS AND ATTORNEYS FEES TO BE DETERMINED BY M.J. GO AFTER A HEARING OR ~~CARMEN BATISTA, Individ~~ually REQUEST. THE MJ WILL THEN PREPARE A REPORT & RECOMMENDATION AS TO HER FINDINGS.

1) ~~under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

2) ~~and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)~~

3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND FIFTEEN DOLLARS. ($1015.00)~~

~~3175 FULTON RESTAURANT CORP. d/b/a EL GRAN MAR DE PLATA a/k/a EL GRAND MAR DE PLATA RESTAURANT~~

1) ~~under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

2) ~~and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)~~

3) ~~and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND FIFTEEN DOLLARS. ($1015.00)~~

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay and that Plaintiff is entitled to post-judgment interest at the legal rate unti

Dated: 7/1 , 2005

　　　　　　　　　　　　　　　　　　　HONORABLE FREDERIC BLOCK
　　　　　　　　　　　　　　　　　　　United States District Judge

-2-