ORIGINAL
$\cancel{D} \neq F$
$C/M$

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GARDEN CITY BOXING CLUB, INC., as
broadcast licensee of the September 18, 2004
De La Hoya/Hopkins program,

                        Plaintiff,

      -against-

CARMEN BATISTA, individually and as
officer, director, shareholder and/or principal
of 3175 Fulton Restaurant Corp. d/b/a/ El
Gran Mar de Plata a/k/a El Gran Mar De Plata
Restaurant, and 3175 FULTON RESTAURANT
CORP. d/b/a EL GRAN MAR DE PLATA
a/k/a EL GRAN MAR DE PLATA
RESTAURANT,

                       Defendants.
-------------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 05-CV-1044 (FB) (MDG)

*Appearances:*
*For the Plaintiff:*
JULIE COHEN LONSTEIN, ESQ.
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

**BLOCK, Senior District Judge:**

        On September 7, 2007 Magistrate Judge Go issued a Report and

Recommendation ("R&R") recommending plaintiff be awarded $38,730 against defendants

jointly and severally, consisting of $7,500 in statutory damages, $30,000 in enhanced

damages, $750 in attorneys' fees and $480 in costs. *See* R&R at 15. The R&R also stated that

a copy was sent via overnight delivery to defendants and that "[a]ny objections must be

field . . . on or before September 24, 2007. Failure to file timely objections may wive the

right ot appeal the District Court's Order." *Id.* at 16. No objections have been filed.

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

SO ORDERED.

/signed/

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
November 30, 2007